**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Angel Clayton, Quincey Rogers, Dezmon Rice, John
Doe, Aisha Rice, and Clarence Rice, Defendants,

Of whom Angel Clayton is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2020-001395

––––––––––––

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

––––––––––––

Unpublished Opinion No. 2021-UP-226
Submitted May 27, 2021 – Filed June 16, 2021

––––––––––––

**AFFIRMED**

––––––––––––

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellant.

Amanda B. Stiles, of the South Carolina Department of
Social Services, of Greenville, for Respondent.

Megan Goodwin Burke, of Greenville, for the Guardian ad Litem.

_____

**PER CURIAM:**  Angel Clayton appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Clayton's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and HUFF and HEWITT, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.